# United States District Court
## Violation Notice

CVB Location Code

M14

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6610328 | RHODES, J. | 986 |

6610328

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 09/01/2024 | 36 CFR 3.8 (b) (8) |
| 1400 HRS | |

Place of Offense

BIGHORN LAKE

Offense Description: Factual Basis for Charge    HAZMAT ☐

OPERATING A VESSEL IN A NEGLIGENT MANNER

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| ROE | CODY | J |

Street Address

[redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | MT | 2024 | MASTERCRAFT/X24 | | BLUE/BLACK |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. see INSTRUCTIONS (on back of yellow copy)

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

NP 24270549

$ 150.00 Forfeiture Amount

+ $30 Processing Fee

PAY THIS AMOUNT → $ 180.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | |
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 09/2015)    Original - CVB Copy

CVB SCAN 11/01/2024 14:0

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____ , 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

The foregoing statement is based upon:

☐ my personal observation    ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

AZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle.
DL = Commercial drivers license;  CMV = Commercial vehicle involved in incident